UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                         :

MICHAEL BLOUNT,

                                Plaintiff,

                        21-CV-8976 (VSB)

            -against-

                        **ORDER**

WARDEN CARTER, et al.,

                              Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff is proceeding in this action pro se and in forma pauperis. The Court does not have a current address for Plaintiff on file, and Plaintiff has not made any filings in this action since he initiated the action in November 2021. (*See* Doc. 3.) On March 2, 2022, Defendants notified the Court that Plaintiff had relocated and not updated his mailing address. (Doc. 11.) I ordered Plaintiff to update his mailing address by April 11, 2022, or risk dismissal of the action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 13.) That mailing to Plaintiff was returned as undeliverable and unable to be forwarded, and Plaintiff has failed to contact the Court concerning his case, including by updating his address. Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed for failure to prosecute without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  April 12, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge